Prob 35
(Rev.3/97)

Report and Order Terminating Supervision
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

United States of America,

Plaintiff,

v.                                                    Docket No. 0864 0:12CR00156-001(PJS)

Evan Matthew Flaxman

Defendant.

On December 24, 2015 the above defendant was placed on supervision for a period of 36 months. This defendant has complied with the rules and regulations of supervision and is no longer in need of supervision. It is accordingly recommended that this defendant be discharged from supervision.

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervision and that the proceedings in the case be terminated.

Dated this   27   Day of   June   , 2017     s/Patrick J. Schiltz
                                             Honorable Patrick J. Schiltz
                                             U.S. District Judge